**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6237**

---

EDWARD THOMAS SEYMOUR, III,

Plaintiff - Appellant,

versus

ROBERT LUSBY; LARRY WELCH, Administration;
CAPTAIN PARRIN, Calvert County Detention
Center,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, Senior District Judge.
(CA-03-1137-1-MJG)

---

Submitted: May 13, 2004                    Decided:  May 19, 2004

---

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Edward Thomas Seymour, III, Appellant Pro Se. John Francis Breads,
Jr., LOCAL GOVERNMENT INSURANCE TRUST, Columbia, Maryland, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward Thomas Seymour, III, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Seymour v. Lusby, No. CA-03-1137-1-MJG (D. Md. Jan. 14, 2004). We deny Seymour's motions to file a formal brief, for oral argument, and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED